UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:12-21276-CIV-SEITZ/SIMONTON

AMERICAN AERONAUTICAL CORP., INC.,

    Plaintiff,

v.

AVIATION ENGINE SERVICE, INC., *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on Defense Counsel's Motion to Withdraw as Counsel [DE-23]. Upon consideration, it is

ORDERED that Defense Counsel's Motion to Withdraw as Counsel [DE-23] shall be GRANTED after Defense counsel has complied with the terms of this order.

    a. Defense Counsel shall provide a copy of this order to Defendants. By **September 14, 2012**, Defense Counsel shall file an affidavit with the Court stating how and when this order was provided to Defendants and certifying that Counsel has explained to Defendants the consequences of their failure to obtain new counsel.

    b. By **September 14, 2012**, Defense Counsel shall provide the Court with current addresses for both Defendants.

    c. Defendant Aviation Engine Service, Inc.'s new counsel shall file a Notice of Appearance by **September 17, 2012**. <u>If new counsel does not file a Notice of Appearance by September 17, 2012, Defendant Aviation Engine Service, Inc. shall be in default and Plaintiff may seek entry of a default judgment.</u>

      d. By **September 17, 2012**, Defendant Guillermo Galvan shall have his new counsel file a Notice of Appearance or shall notify the Court that he intends to proceed *pro se*. <u>If Defendant Guillermo Galvan fails to have new counsel file a Notice of Appearance or fails to notify the Court that he intends to proceed *pro se* by September 17, 2012, Defendant Guillermo Galvan shall be in default and Plaintiff may seek entry of a default judgment.</u>

DONE and ORDERED in Miami, Florida, this __4th__ day of September, 2012.

                                                   PATRICIA A. SEITZ
                                                   UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record